IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RAYMOND UGENE GRANVILLE,** : <br> : <br> **Plaintiff** : <br> : <br> VS. : <br> : <br> **GOVERNMENT LAW ENFORCE-** : <br> **MENT AGENCY(S) ADMIN-** : <br> **STRATIVE OFFICE OF LAW** : <br> **ENFORCEMENT,** : <br> :     **5:16-CV-371 (MTT)** <br> **Defendant** : <br> _____:     **O R D E R** | |

      Plaintiff Raymond Ugene Granville, an inmate at Hays State Prison, filed the instant *pro se* civil rights complaint under 42 U.S.C. § 1983.  In an Order dated September 7, 2016, United States Magistrate Judge Stephen Hyles, among other things, ordered Plaintiff to supplement his complaint.  (ECF No. 5).  Plaintiff was warned that failure to comply with the Court's Order would result in dismissal of his complaint.  Plaintiff was given 21 days from the date of the September 7th Order to comply.  When Plaintiff failed to meet the deadline, Judge Hyles, on October 19, 2016, ordered Plaintiff to respond and show cause why his lawsuit should not be dismissed for failure to comply with the Court's Orders.  (ECF No. 6).  Plaintiff's response was due within 14 days of the date of the October 19th Order and Plaintiff was again advised that failure to respond would result in

dismissal of his lawsuit.

As of today's date, Plaintiff has failed to comply with, or otherwise respond to, either of the Court's Orders.  For these reasons, and because Georgia's two-year statute of limitations will not prevent the filing of Plaintiff's complaint in the near future, the instant action is hereby **DISMISSED WITHOUT PREJUDICE**.  *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 7th day of November, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT